# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD LEE CANTERBURY, <br><br> Plaintiff, <br><br> v. <br><br> CLARK COUNTY DETENTION CENTER, et al., <br><br> Defendants. | Case No. 2:17-cv-00212-APG-NJK <br><br> **ORDER** |

Plaintiff, who is a prisoner in the custody of the Nevada Southern Detention Center ("NSDC"), has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983. ECF No. 1-1. The complaint in this case is identical to the complaint filed on the same day in Case 2:17-cv-00211-MMD-NJK.[1] *Compare* ECF No. 1-1, 2:17-cv-00212-APG-NJK *with* ECF No. 1-1, 2:17-cv-00211-MMD-NJK. Thus, it appears this case was opened in error. Plaintiff himself seems confused that there are two separate cases numbers for the same case. *See* ECF No. 20. The complaint in this case has not been screened, but the complaint in 2:17-cv-00211-MMD-NJK has been screened. Therefore, I will dismiss the complaint in this case without prejudice, and close the case. From this point forward, Plaintiff should file documents only in Case 2:17-cv-00211-MMD-NJK.

I further deny as moot the following motions: Plaintiff's application for leave to proceed *in forma pauperis* (ECF No. 9), motion for appointment of counsel (ECF No. 10), motion for subpoena (ECF No. 10), amended motion for appointment of counsel (ECF No. 13), motion that documents be submitted in size 15 font (ECF No. 14), motion for trial (ECF No. 16), motions for ruling (ECF Nos. 17, 18), and motion for clarification (ECF No. 19). Plaintiff may refile any appropriate motion in Case 2:17-cv-00211-MMD-NJK.

---

[1] While the complaints are identical, the complaint in this case has additional exhibits that are not attached to the complaint in Case 2:17-cv-00211-MMD-NJK.

It is ordered that Plaintiff's complaint (ECF No. 1-1) is dismissed, without prejudice, without leave to amend.

It is further ordered that the application to proceed *in forma pauperis* (ECF No. 9) is denied as moot.

It is further ordered that the motion for appointment of counsel (ECF No. 10) is denied as moot.

It is further ordered that the motion for subpoena (ECF No. 11) is denied as moot.

It is further ordered that the amended motion for appointment of counsel (ECF No. 13) is denied as moot.

It is further ordered that the motion that documents be submitted in size 15 font (ECF No. 14) is denied as moot.

It is further ordered that the motion for trial (ECF No. 16) is denied as moot

It is further ordered that the motions for ruling (ECF Nos. 17, 18) are denied as moot.

It is further ordered that the motion for clarification (ECF No. 19) is denied as moot.

It is further ordered that Plaintiff shall file no more documents in this case. If he chooses to file any further documents, they should be filed in Case 2:17-cv-00211-MMD-NJK.

The Clerk of the Court is directed to close this case and enter judgment accordingly.

DATED THIS 16th day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE